1  ARNOLD & PORTER LLP
   SHARON DOUGLASS MAYO (Bar No. 150469)
2  90 New Montgomery Street, Suite 600
   San Francisco, California 94105-4549
3  Telephone: 415.356.3000
   Facsimile: 415.356.3099
4  sharon.mayo@aporter.com

5  ARNOLD & PORTER LLP
   RANDALL K. MILLER (subject to admission *pro hac vice*)
6  1600 Tysons Boulevard, Suite 900
   McLean, Virginia 22102
7  Telephone: 703.720.7000
   Facsimile: 703.720.7399
8  randall.miller@aporter.com

9  *Attorneys for Plaintiffs Perseus Distribution, Inc.
   and Perseus Books, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSEUS DISTRIBUTION, INC., and PERSEUS BOOKS, L.L.C., <br><br>Plaintiffs, <br><br>v. <br><br>CF COMMUNICATIONS, LLC d.b.a TELEKENEX, INC., <br><br>Defendant. | Case No. CV 08 0044 <br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO CIV. LOCAL RULE 3-16 AND FED. R. CIV. P. 7.1 |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for plaintiffs Perseus Distribution, Inc., and Perseus Books LLC, certifies that the following listed persons, associations of persons, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

- 1 -

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT

non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Bank One, NA owns more than 10% of the equity interest in Perseus Books L.L.C..

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Perseus Distribution, Inc. and Perseus Books LLC further disclose that Perseus Distribution Inc. is a wholly owned subsidiary of Perseus Books, L.L.C.

Dated: January 4, 2008                ARNOLD & PORTER LLP

By: _____
Sharon Douglass Mayo
(Bar No. 150469)
Randall K. Miller
(subject to admission *pro hac vice*)
Attorneys for Plaintiffs Perseus
Distribution, Inc. and Perseus Books,
L.L.C.

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT