UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Perseus Distribution,

    Plaintiff(s),

v.

CF Communications,

    Defendant(s).
_____/

No. C 08-0044 MEJ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

[X]    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE MARIA-ELENA JAMES ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: 01/04/08

Richard W. Wieking, Clerk
United States District Court

/s/
By: Kurt Heiser
Courtroom Deputy

cc: Intake