1  ARNOLD & PORTER LLP
   SHARON DOUGLASS MAYO (Bar No. 150469)
2  90 New Montgomery Street, Suite 600
   San Francisco, California 94105
3  Telephone: 415.356.3000
   Facsimile: 415.356.3099
4  sharon.mayo@aporter.com

5  ARNOLD & PORTER LLP
   RANDALL K. MILLER (subject to admission *pro hac vice*)
6  1600 Tysons Boulevard, Suite 900
   McLean, Virginia 22102
7  Telephone: 703.720.7000
   Facsimile: 703.720.7399
8  randall.miller@aporter.com

9  *Attorneys for*
   *Perseus Distribution, Inc.,*
10 *and Perseus Books, L.L.C.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSEUS DISTRIBUTION, INC., and PERSEUS BOOKS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> CF COMMUNICATIONS, LLC d.b.a TELEKENEX, INC. <br><br> Defendant. | Case No. C 08 044 CW <br><br> STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE |

Plaintiffs Perseus Distribution, Inc. and Perseus Books, LLC, and Defendant CF Communications, LLC d/b/a Telekenex, Inc., through undersigned counsel, jointly stipulate as follows:

1.  The parties have reached a confidential settlement.

2.  This matter is dismissed with prejudice, each party to bear its own costs.

3. The liability of American Contractors Indemnity Company under bond no. 320971, filed with the Court on January 7, 2008, is hereby discharged.

ARNOLD & PORTER LLP

By: _____
Sharon Douglass Mayo (Bar No. 150469)
Randall K. Miller
(subject to admission *pro hac vice*)
Attorneys for Perseus Distribution, Inc. and
Perseus Books, L.L.C.

LOSCH & EHRLICH

By: _____
Ron Losch (Bar No. 98170 )
Attorneys for CF Communications,
LLC d.b.a. Telekenex, Inc.

**IT IS SO ORDERED**

_____
Hon. Claudia Wilken
United States District Judge

Dated: January __, 2008